■ THOMAS R. KELLY, Individually and as Administrator of the Estate of ELIZABETH KELLY, Deceased, Appellant, v. RAYMOND RUPPEL et al., Respondents.— Order of the Supreme Court, Kings County, dated October 3, 1967, affirmed, with $10 costs and disbursements. No opinion. Appeal from a judgment of said court entered January 8, 1968 dismissed, without costs. The

judgment was not made part of the record on appeal. Beldock, P. J., Christ, Munder, Martuscello and Kleinfeld, JJ.; concur.